# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MONITRONICS INTERNATIONAL, INC.** : : : **Plaintiff,** : : **v.** : : **HALL, BOOTH, SMITH, P.C.** and **JAMES H. FISHER II,** : : **Defendants.** : : _____ : | **CIVIL ACTION FILE NO.** **1:15-cv-03927-CC** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for the Plaintiff in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**

Monitronics International, Inc.

Ascent Capital Group, Inc.

**Defendants:**

Hall, Booth, Smith, P.C.

   James H. Fisher II

  The undersigned counsel for Plaintiff do not know and cannot certify whether any of the business organization defendants have parent companies, or other companies or individuals, which own a 10% or more interest in those business organizations.

  (2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a. First Mercury Insurance Company

  (3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a. Rickman P. Brown and David Lin, for Plaintiff

   b. Counsel for Defendant have not yet entered an appearance.

      Respectfully submitted,

      **EVANS, SCHOLZ, WILLIAMS & WARNCKE, LLC**

      By: s/Rickman P. Brown
         Rickman P. Brown
         Georgia Bar No. 089276

David Lin
Georgia Bar No. 482616
*Attorneys for Plaintiff Monitronics International, Inc.*

3490 Piedmont Road, N.E.
Suite 1200
Atlanta, GA 30305
Tel: (404) 841-9400
Fax: (404) 869-0238
rpbrown@esww-law.com
dlin@esww-law.com

3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MONITRONICS INTERNATIONAL, INC. | : <br> : <br> : |
| Plaintiff, | : <br> : |
| | : CIVIL ACTION FILE NO. |
| v. | : <br> : 1:15-cv-03927-CC |
| HALL, BOOTH, SMITH, P.C. and JAMES H. FISHER II, | : <br> : <br> : |
| Defendants. | : <br> : |

## CERTIFICATE OF TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1C, N.D. Ga. and Standing Order No. 04-01, the foregoing pleading is prepared in Times New Roman, 14 point.

This 13th day of November, 2015.

                              **EVANS, SCHOLZ, WILLIAMS & WARNCKE, LLC**

                              By:   s/Rickman P. Brown
                                      Rickman P. Brown
                                      Georgia Bar No. 089276
                                      David Lin
                                      Georgia Bar No. 482616
                                      *Attorneys for Plaintiff Monitronics International, Inc.*

2

3490 Piedmont Road, N.E.
Suite 1200
Atlanta, GA 30305
Tel: (404) 841-9400
Fax: (404) 869-0238
rpbrown@esww-law.com
dlin@esww-law.com