UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONITRONICS INTERNATIONAL, INC. | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    CIVIL ACTION FILE NO. <br> : <br> :    1:15-CV-03927-WSD |
| HALL, BOOTH, SMITH, P.C. and JAMES H. FISHER II, | : <br> : <br> : |
| Defendants. | : <br> : |

**PLAINTIFF'S NOTICE OF DEPOSITION OF JAMES H. FISHER II**

TO:   James H. Fisher II
        c/o C. Bradford Marsh
        Swift, Currie, McGhee & Hiers, LLP
        The Peachtree, Suite 300
        1355 Peachtree Street, NE
        Atlanta, Georgia 30309-3231

You are hereby notified that at beginning at 9:00 a.m. on March 15, 2016, the undersigned counsel for the Defendant will proceed to take the deposition of James H. Fisher II ("Fisher") upon oral examination at the offices of Swift, Currie, McGhee & Hiers, LLP, 1355 Peachtree Street, NE, Suite 300, Atlanta, Georgia 30309-3231.  Further, you are hereby notified that you are to produce at the time of the deposition the documents identified in Exhibit A attached hereto.

The foregoing deposition will be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and shall be taken before an officer duly authorized by law to take depositions. The oral examination will continue from day to day until its completion. Notice is given that the depositions may be videotaped by the Plaintiff at its discretion.

This 18th day of February, 2016.

Respectfully submitted,

**EVANS, SCHOLZ, WILLIAMS & WARNCKE, LLC**

By:   s/Rickman P. Brown
        Rickman P. Brown
        Georgia Bar No. 089276
        David Lin
        Georgia Bar No. 482616
        *Attorneys for Plaintiff Monitronics International, Inc.*

3490 Piedmont Road, N.E.
Suite 1200
Atlanta, GA 30305
Tel: (404) 841-9400
Fax: (404) 869-0238
rpbrown@esww-law.com
dlin@esww-law.com

## **EXHIBIT A**

1. All documents requested to be produced by Defendant Hall, Booth, Smith, P.C. in Plaintiff's First Request for Production of Documents to Defendant Hall, Booth, Smith, P.C.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **MONITRONICS INTERNATIONAL, INC.** | : : : | |
| **Plaintiff,** | : : | |
| v. | : : : | CIVIL ACTION FILE NO. 1:15-CV-03927-WSD |
| **HALL, BOOTH, SMITH, P.C.** and **JAMES H. FISHER II,** | : : : | |
| **Defendants.** | : : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of February, 2016 electronically filed the foregoing **PLAINTIFF'S NOTICE OF DEPOSITION OF JAMES H. FISHER II** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation of such filing to the following attorneys of record:

C. Bradford Marsh
Myrece R. Johnson
Ashley D. Alfonso
Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, NE
Atlanta, Georgia 30309-3231
*Attorneys for Defendants Hall, Booth, Smith,*
*P.C. and James H. Fisher, II*

2

**EVANS, SCHOLZ, WILLIAMS & WARNCKE, LLC**

By: <u>s/Rickman P. Brown</u>
     Rickman P. Brown
     Georgia Bar No. 089276
     3490 Piedmont Road, N.E.
     Suite 1200
     Atlanta, GA 30305
     Tel: (404) 841-9400
     Fax: (404) 869-0238
     rpbrown@esww-law.com