FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 21 2016

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONITRONICS INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION FILE NO. ) 1:15-CV-03927-WSD ) |
| HALL, BOOTH, SMITH, P.C. and JAMES H. FISHER, II | ) ) ) ) |
| Defendants. | ) |

### NON-PARTY HOLLAND & KNIGHT LLP'S OBJECTIONS TO AND MOTION TO QUASH THE SUBPOENA SERVED BY DEFENDANT HALL, BOOTH, SMITH, P.C.

COMES NOW non-party Holland & Knight LLP ("Holland & Knight"), and, pursuant to Fed. R. Civ. P. 45(d)(2)(B)&(3), files its Objections and Motion to Quash the Subpoena served by Defendant Hall, Booth, Smith, P.C. ("Hall Booth"). On March 8, 2016, Defendant Hall Booth served on Holland & Knight that certain Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (the "Subpoena"). As established in Holland & Knight's supporting memorandum of law, filed contemporaneously herewith, the Subpoena improperly seeks documents and communications from Holland & Knight's engagement as appellate counsel for Monitronics that are subject to the attorney-client privilege,

the common interest privilege, and the attorney work-product doctrine. Holland & Knight, therefore, objects to and asks the Court to quash or modify the Subpoena to exclude documents and communications subject to the attorney-client privilege, the common interest privilege, and the attorney work-product doctrine. Moreover, Hall Booth should be required to reimburse Holland & Knight for the time and expense associated with responding to the Subpoena.

Respectfully submitted this 21st day of March, 2016.

HOLLAND & KNIGHT LLP

*/s/ Thomas B. Branch*

Thomas B. Branch III
Georgia Bar No. 76300
A. André Hendrick
Georgia Bar No. 774212
1180 West Peachtree Street, N.E.
Suite 1800
Atlanta, Georgia  30309-3453
(404) 817-8500
(404) 881-0470 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing NON-PARTY HOLLAND & KNIGHT LLP'S OBJECTIONS TO AND MOTION TO QUASH THE SUBPOENA SERVED BY DEFENDANT HALL, BOOTH, SMITH, P.C. was filed with the Clerk of Court, and true and correct copies of same were sent via U.S. Mail, proper postage affixed, to the following attorneys of record:

Rickman P. Brown
David Lin
Evans, Scholz, Williams & Warncke, LLC
3490 Piedmont Road, N.E. Suite 1200
Atlanta, Georgia 30305

C. Bradford Marsh
Myrece R. Johnson
Ashley D. Alfonso
Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, NE
Atlanta, Georgia 30309

This the 21st day of March, 2016.

HOLLAND & KNIGHT LLP

*Thomas B. Branch* 
Thomas B. Branch III
Georgia Bar No. 76300

#39856389_v1